UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE NO. 3:12-CR-93 |
| | ) JUDGE HAYNES |
| TERRANCE BELL, | ) |
| DEFENDANT. | ) |

<u>MOTION TO DISMISS INDICTMENT – SPEEDY TRIAL VIOLATION</u>

Comes the Defendant, Terrance Bell, through counsel, and moves the Court to dismiss the Indictment in this case on the basis that the Speedy Trial Act has been violated. In support, Defendant submits the following:

1. Defendant is charged in this matter by a single-count indictment, with the offense of escape.

2. The indictment alleges that the Defendant was in the custody of Dierson Charities, a B.O.P contract facility, and that the Defendant escaped from the facility on 3/6/12.[D.E. 1]

3. The Defendant was taken into custody by the Marshal's service on 3/13/12, and immediately incarcerated at the Warren County, Kentucky Jail, a contract jail which holds local federal detainees. [See Exhibit 1, Warren County Inmate Sheet]

4. The indictment was issued on 5/16/12 and entered on 5/17/12.[D.E. 1]

5. An arrest warrant, pursuant to the Indictment in this case, was issued on 5/17/12.[D.E. 3] The warrant was executed upon Mr. Bell on 5/25/12.[D.E. 4]

6. The date from when Defendant was taken into custody on 3/13/12 until the

[Handwritten margin notes: "rec'd 7/10/12" with signature; "Granted. This motion is DENIED as moot in light of Defendant's guilty plea. [signature] 10-12-12"]